## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

**(Filed Electronically)**

| | | |
|---|---|---|
| **MAKAYLA ANN PEDIGO** | : | **Case No: 1:20-cv-26-GNS** |
| | : | |
| **Plaintiff,** | : | **Judge: Greg N. Stivers** |
| | : | **Magistrate Judge: H. Brent Brennenstuhl** |
| **v.** | : | |
| | : | **<u>AGREED ORDER OF DISMISSAL WITH</u>** |
| **INSTANT BRANDS, INC., et al.** | : | **<u>PREJUDICE</u>** |
| | : | |
| **Defendant.** | : | |
| | : | |

Plaintiff, Makayla Ann Pedigo and Defendants Instant Brands, Inc. and Double Insight, Inc. by and through counsel, agree that any and all claims between the parties are dismissed with prejudice with each party to bear their own costs and fees.

So Ordered this \_\_\_ day of _____, 2022.

_____
Judge Greg N. Stivers

HAVE SEEN AND AGREE:

| | |
|---|---|
| */s/ Trevor M. Nichols (via email 4-11-22)* | s/ Judd R. Uhl _____ |
| David J. Guarnieri (86522) | Judd R. Uhl (89578) |
| TREVOR M. NICHOLS (98133) | R. Morgan Salisbury (94922) |
| McBRAYER PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 201 E. Main Street, Suite 900 | 2333 Alexandria Drive |
| Lexington, Kentucky 40507 | Lexington, Kentucky 45204 |
| (859) 231-8780 | (513) 808-9911 / (513) 808-9912 (Fax) |
| dguarnieri@mcbrayerfirm.com | judd.uhl@lewisbrisbois.com |
| tnichols@mcbrayerfirm.com | morgan.salisbury@lewisbrisbois.com |
| ATTORNEYS FOR PLAINTIFF | *Attorney for Defendant, Instant Brands, Inc.* |